Nomura Asset Capital Corporation et al., Respondents-Appellants v Cadwalader, Wickersham & Taft LLP, Appellant-Respondent.

Submitted November 30, 2015; decided March 31, 2016

Motion for reargument denied with $100 costs and necessary reproduction disbursements.

Chief Judge DiFiore and Judge Garcia taking no part.

In the Matter of the Claim of Christopher North, Respondent. Young People's Chorus of New York, Appellant; Commissioner of Labor, Respondent.

Submitted January 19, 2016; decided March 31, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Maria Pappas, Respondent, v Anthony Pappas, Appellant.

Submitted February 1, 2016; decided March 31, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Patrick A., Respondent, v Rochelle B., Appellant. (And Another Related Proceeding.)

Submitted February 29, 2016; decided March 31, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for a stay dismissed as academic.